**Order entered May 4, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-00901-CV

## MICHAEL ZIEHL, Appellant

## V.

## TORNADO BUS COMPANY, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-10314**

## ORDER

Before the Court is appellee's April 30, 2020 second unopposed motion for extension of time to file its responsive brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 2, 2020.

/s/ ERIN A. NOWELL
JUSTICE